*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

PAUL ASONGANYI FOLEFAC
Petitioner

Case No. 1:26-cv-4471

VS.
WARDEN of the Central Louisiana ICE Processing Center, et al.
Respondents

Judge Jerry Edwards, Jr.
Magistrate Judge Kenneth G. Gale

**ORDER**

IT IS ORDERED that Muhammed Gulen be and is hereby admitted to the bar of this Court pro hac vice on behalf of Petitioner PAUL_ASONGANYI_FOLEFAC in the above described action, and that the requirement of local counsel is waived pursuant to LR 83.2.7.

SO ORDERED on this, the 26th day of Oct., 20 26.

U.S. Magistrate Judge